IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RADIAN GUARANTY INC., | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | No. 13-6197 |
| v. | : | |
| | : | |
| RHIANNON BOLEN, et al., | : | |
|     Defendants. | : | |

**ORDER**

**AND NOW,** this _1st__ day of May, 2014, upon consideration of the Arch Defendants' motion to dismiss or transfer the suit [ECF No. 9] and the responses thereto, it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.   It is further **ORDERED** as follows:

- The motion to dismiss the case for failure to join an indispensible party is **DENIED**.

- The motion to dismiss the claims asserted against the Arch Defendants is **DENIED** with respect to the claims asserted against Arch MI Services Inc. and Arch MI Holdings Inc.

- The motion to dismiss the claims asserted against the Arch Defendants is **GRANTED** with respect to the claims asserted against Arch Capital Group Ltd. and Arch Capital Group US Inc.

- The motion to transfer the case to the Eastern District of Texas is **DENIED**.

- The motion for costs and attorneys' fees is **DENIED**.

Opinion to follow.                                       s/Anita B. Brody

                                                                                                             ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to: