## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RADIAN GUARANTY INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 13-6197 |
| v. | : | |
| | : | |
| RHIANNON BOLEN, et al., | : | |
| Defendants. | : | |

### ORDER

**AND NOW,** this __19th_____ day of June, 2014, upon consideration of the motion of Plaintiff Radian Guaranty Inc. ("Radian") for a preliminary injunction [ECF No. 2], it is **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that Defendant Rhiannon Bolen ("Bolen") is enjoined through August 27, 2014 from performing services for Defendants Arch U.S. MI Holdings Inc. and Arch U.S. MI Services Inc. (the "Arch Defendants").

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: